**UNITED STATES BANKRUPTCY COURT**
**Western District of New York**
100 State Street
Rochester, NY 14614
www.nywb.uscourts.gov

| | | |
|---|---|---|
| In Re:<br>Paul W. O'Brien | SSN/TaxID: xxx–xx–6030 | Case No.: 2–05–21316–JCN<br>Chapter: 7 |
| | Debtor(s) | |

# NOTICE OF ENTRY

**PLEASE TAKE NOTICE** of the entry of an Order, duly entered in the within action in the Clerk's Office of the United States Bankruptcy Court, Western District of New York on March 28, 2007 . The undersigned deputy clerk of the United States Bankruptcy Court, Western District of New York, hereby certifies that a copy of the subject Order was sent to all parties in interest herein as required by the Bankruptcy Code, The Federal Rules of Bankruptcy Procedure.

Dated: March 28, 2007

Paul R. Warren
Clerk, U.S. Bankruptcy Court

By:  K. Tacy
     Deputy Clerk

**Form ntcentry**
Doc 148