**UNITED STATES BANKRUPTCY COURT**
**Western District of New York**
100 State Street
Rochester, NY 14614
www.nywb.uscourts.gov

---

In Re:                                                                     Case No.: 2–05–21316–JCN
Paul W. O'Brien               SSN/TaxID: xxx–xx–6030   Chapter: 7

Debtor(s)

---

## NOTICE OF ENTRY

**PLEASE TAKE NOTICE** of the entry of an Order, duly entered in the within action in the Clerk's Office of the United States Bankruptcy Court, Western District of New York on May 1, 2007 . The undersigned deputy clerk of the United States Bankruptcy Court, Western District of New York, hereby certifies that a copy of the subject Order was sent to all parties in interest herein as required by the Bankruptcy Code, The Federal Rules of Bankruptcy Procedure.

Dated: May 1, 2007                                                    Paul R. Warren
                                                                       Clerk, U.S. Bankruptcy Court

                                                                       By: L. Lawson
                                                                            Deputy Clerk

                                                                                             **Form ntcentry**
                                                                                                Doc 157